# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN BEERS and JOSEPH BEERS, | : | **CIVIL NO.: 1:15-CV-01747** |
| Plaintiffs, | : | |
| v. | : | (Magistrate Judge Schwab) |
| GEICO, | : | |
| Defendant. | : | |

## ORDER
October 12, 2016

Given that the parties have reached a settlement, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge